UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Fiano, et al,
    *Plaintiffs*,

v.                                                                 Civil No. 3:18cv1658 (JBA)

American National Recovery Group, Inc.,
    *Defendant*.

**ORDER OF DISMISSAL**

Notice of proposed dismissal of the above-captioned action issued 5/2/19 [Doc. # 7] advising that this matter was subject to dismissal pursuant to D. Conn. L. Civ. R. 41(a) for failure to prosecute unless satisfactory explanation was submitted to the Court within 20 days, or on or before 5/22/19. As of 5/23/19, no response nor any extension of time within which to respond has been filed.

Accordingly, it is ordered that this action be and is hereby dismissed without prejudice.

IT IS SO ORDERED.

/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: May 23, 2019**